IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREEM HASSAN MILHOUSE | : | CIVIL ACTION |
| v. | : | |
| R. ARBASAK, et al. | : | NO. 07-cv-01442-JF |

ORDER

AND NOW, this 27th day of April, 2009, upon consideration of the pending motions and the responses thereto, IT IS ORDERED that:

1. Plaintiff's motions to amend the complaint (Document Numbers 47, 78) and to join a plaintiff (Document Number 48), are DENIED;

2. Defendants' motion to dismiss, or in the alternative, for summary judgment (Document Number 54), and the response thereto, is GRANTED;

3. Plaintiff's exhausted claims, as detailed in the accompanying memorandum, are DISMISSED WITH PREJUDICE; Plaintiff's remaining claims are DISMISSED WITHOUT PREJUDICE;

4. All other pending motions in this case are DISMISSED AS MOOT, and the Clerk is directed to mark the case-file CLOSED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.